In the Matter of BERNSON SILK MILLS, INC., Appellant, against M. S. SIEGEL & COMPANY, INC., Respondent.

Argued January 9, 1940; decided January 23, 1940.

*Theodore R. Malsin* for motion.

*Robert R. Bruce* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.